Decided September 20, 2006

## STATE OF CONNECTICUT *v.* GERMAN M. QUILES, JR.

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 354 (AC 25513), is denied.

*Carlos E. Candal,* special assistant public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided September 20, 2006

## SYLBERT RAMSAY *v.* CAMRAC, INC., ET AL.

## SYLBERT RAMSAY *v.* CITY OF WATERBURY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 190 (AC 25528), is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

Decided September 20, 2006